### 15412. WACASER v. THE STATE.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.

Accusation of drunkenness on highway; from city court of Miller county—Judge Geer. January 26, 1924.

*Jesse A. Drake, P. Z. Geer,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.

---

### 15413. WACASER v. THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.

Accusation of disturbing congregation; from city court of Miller county—Judge Geer. January 26, 1924.

*J. A. Drake, P. Z. Geer,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.